THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEWEY MILLER, Appellant, *v.* JOHN B. FISKE, as Sheriff of the County of Clinton, Respondent.

*People ex rel. Miller* v. *Fiske*, 181 App. Div. 916, affirmed.
(Argued November 11, 1918; decided November 26, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 26, 1918, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody. Relator was charged with being the owner of certain devices or apparatus for gambling in the town of Plattsburg. An examination of witnesses for the People was had in the City Court of Plattsburg and at the close of the examination relator moved for his discharge on the ground that the People had failed

to establish the necessary facts to justify holding him to answer for the crime charged. The motion being denied application was made for a writ of habeas corpus.

*John E. Judge* for appellant.

*P. W. Looby, District Attorney,* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: MCLAUGHLIN and CRANE, JJ.